Case 3:92-cr-00171-JHM   Document 78   Filed 03/16/07   Page 1 of 2 PageID 16
AO245D (Rev. 01/07) Judgment in a Criminal Case for Revocations
Sheet 1

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA

FILED

| | |
|---|---|
| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
| v. | (For Revocation of Probation or Supervised Release) |
| | CLERK, US DISTRICT COURT |
| | MIDDLE DISTRICT OF FLORIDA |
| | CASE NUMBER: 3:92-cr-171-J-16TEM |
| v. | USM NUMBER: 13227-018 |
| ANTHONY J. LOUDER | Defendant's Attorney: James H. Burke |

**THE DEFENDANT:**

__X__ admitted guilt to violation of charge number(s) __1 and 2__ of the term of supervision.

___ was found in violation of charge number(s) ___ after denial of guilt.

| Violation Charge Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | Positive Urinalysis | November 28, 2006 |
| 2 | Failure to Complete Drug Treatment | December 14, 2006 |

The defendant is sentenced as provided in pages 2 through __2__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

___ The defendant has not violated charge number(s) ___ and is discharged as to such violation charge(s).

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Date of Imposition of Sentence: March 15, 2007

*/s/ John H. Moore II*

JOHN H. MOORE II
UNITED STATES DISTRICT JUDGE
DATE: March 15, 2007

AO 245D (Rev. 01/07) Judgment in a Criminal Case for Revocation
      Sheet 2 - Imprisonment

Defendant: ANTHONY J. LOUDER                      Judgment - Page 2 of 2
Case No.: 3:92-CR-171-j-16TEM

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of: **THIRTEEN (13) MONTHS.**

   **X**     The Court makes the following recommendations to the Bureau of Prisons:

                FCI at Jesup, Georgia

   **X**     The defendant is remanded to the custody of the United States Marshal.

   _____     The defendant shall surrender to the United States Marshal for this district:

         _____ at _____ a.m.    p.m.    on _____.

         _____ as notified by the United States Marshal.

   _____     The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

         _____ before 2 p.m. on _____.

         _____ as notified by the United States Marshal.

         _____ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____ at _____ with a certified copy of this judgment.

                                             UNITED STATES MARSHAL

                         By _____
                                             DEPUTY UNITED STATES MARSHAL